**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | | |
|---|---|---|
| IN RE: ADOPTION OF C.L., C.L., MINOR CHILDREN | : | No. 429 WAL 2015 |
| | : | |
| | : | |
| | : | Petition for Allowance of Appeal from |
| PETITION OF: D.L., BIRTH FATHER | : | the Order of the Superior Court |
| IN RE: ADOPTION OF C.L., CH L., MINOR CHILDREN | : | No. 430 WAL 2015 |
| | : | |
| | : | |
| | : | Petition for Allowance of Appeal from |
| PETITION OF:  D.L., BIRTH FATHER | : | the Order of the Superior Court |

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 7th day of December, 2015, the Petition for Allowance of Appeal is **DENIED**.